**Roy AZIM, Petitioner,**

v.

**U.S. ATTORNEY GENERAL,
Respondent.**

No. 05–12520.
BIA No. A46–308–957.

United States Court of Appeals,
Eleventh Circuit.

April 4, 2006.

Geoffrey A. Hoffman, Ira J. Kurzban, Kurzban Kurzban Weinger & Tetzeli, P.A., Miami, FL, for Petitioner.

Anthony Cardozo Payne, David V. Bernal, Office of Immigration Litigation, Washington, DC, for Respondent.

Before TJOFLAT and HULL, Circuit Judges, and RESTANI,* Judge.

PER CURIAM:

After review and oral argument, this Court vacates the Board of Immigration

---

* Honorable Jane A. Restani, United States Court of International Trade Chief Judge, sit-ting by designation.

Appeals' decision, dated April 20, 2005, and remands this case back to the BIA for further consideration of the 1991 vacatur and the 1997 vacatur of petitioner's convictions in light of its own recent decisions in *In re Cota–Vargas,* 23 I. & N. Dec. 849 (BIA Nov. 18, 2005), and *In re Adamiak,* 23 I. & N. Dec. 878, 2006 WL 307908 (BIA Feb. 8, 2006). Nothing herein shall be construed as any ruling on the substantive issues in this case but only a remand so that the BIA should address the effect of its own decisions in the first instance.

VACATED and REMANDED.